

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00826-CV

Victor **VALDEZ**,
Appellant

v.

Denette **BUENROSTRO**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-15059
Honorable Martha Tanner, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION.

We order that appellee Denette Buenrostro recover her costs of this appeal, if any, from appellant Victor Valdez.

SIGNED March 18, 2015.

_____
Marialyn Barnard, Justice